18-1904-cv
Bezek v. NBC Universal

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of May, two thousand nineteen.

PRESENT: GERARD E. LYNCH,
RAYMOND J. LOHIER, JR.,
*Circuit Judges,*
BRIAN M. COGAN,*
*District Judge.*

------------------------------------------------------------------

PAOLA BEZEK,

*Plaintiff-Appellant,*

v.                                                          No. 18-1904-cv

NBC UNIVERSAL, NBC SPORTS GROUP,

*Defendants-Appellees.*

------------------------------------------------------------------

FOR PLAINTIFF-APPELLANT:          PAOLA BEZEK, *pro se*, Stamford, CT.

---

* Judge Brian M. Cogan, of the United States District Court for the Eastern District of New York, sitting by designation.

FOR DEFENDANTS-APPELLEES: LORI B. ALEXANDER (Stephen P. Rosenberg, *on the brief*), Littler Mendelson, P.C., New Haven, CT.

Appeal from a judgment of the United States District Court for the District of Connecticut (Janet C. Hall, *Chief Judge*).

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court is AFFIRMED.

Paola Bezek appeals from a judgment of the District Court (Hall, C.J.) granting motions filed by NBC Universal and NBC Sports Group (collectively "NBC") to compel arbitration and to confirm a final arbitration award, and denying Bezek's motions to vacate the arbitral award and to amend her complaint. Bezek, through counsel, filed a complaint with the Connecticut Human Rights Office and the Equal Employment Opportunity Commission alleging that NBC discriminated against her on the basis of sex and her status as a victim of domestic violence and also retaliated against her. After her counsel initiated arbitration proceedings, Bezek, then proceeding pro se, refused to continue with arbitration and filed a complaint in the District Court making the same allegations of discrimination under federal and Connecticut law. We assume the parties' familiarity with the underlying facts and the record of prior

2

proceedings, to which we refer only as necessary to explain our decision to affirm.

Upon careful review of the record on appeal, including the District Court's factual findings and legal conclusions, we affirm the judgment substantially for the reasons stated by the District Court in its thorough May 23, 2018 opinion.[1] See Certain Underwriting Members of Lloyds of London v. Fla., Dep't of Fin. Servs., 892 F.3d 501, 505–07 (2d Cir. 2018).

We have considered Bezek's arguments and conclude that they are without merit.   For the foregoing reasons, the judgment of the District Court is AFFIRMED.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk of Court

---

[1] Bezek does not purport to sue on behalf of a class and does not argue that individual Title VII claims cannot be subject to mandatory arbitration.   See Parisi v. Goldman, Sachs & Co., 710 F.3d 483, 487–88 (2d Cir. 2013).